THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT

By: Rachel M Blise
    United States Bankruptcy Judge



DATED:   October 12, 2021

*Rachel Blise*

Rachel M Blise
United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In re: | Chapter 13 |
| Robert A. Kufahl and | Case No. 21−25388−rmb |
| Gail E. Kufahl, | |
| Debtors. | |

### ORDER: POSSIBLE FUTURE DISMISSAL OF CASE

Bankruptcy Code § 521(a) requires debtors to file certain information. Bankruptcy Rule 1007 sets a time limit for these documents of 14 days from the filing of the petition. If the debtors do not file completed documents within 14 days, and do not file a written request to extend this deadline, the U.S. Trustee may ask the Court to dismiss the case. The 14−day deadline in this case is October 25, 2021. The Court will decide whether any extension will be granted or denied.

Bankruptcy Rule 3015 requires Chapter 13 debtors to file a **Chapter 13 Plan** within 14 days of the date of the petition, unless the Court grants a written motion to extend the deadline. The Clerk has determined that a Chapter 13 Plan has not been filed. If the Chapter 13 Plan is not filed within the 14 day deadline, and if the Court has not been asked to extend this time, **the Court WILL dismiss this case**.

The Clerk has determined that the debtors in this case have also failed to file or failed to complete the following required documents:

– **Schedules (A/B−J and Declaration)**
– **Summary of Assets and Liabilities**
– **Statement of Financial Affairs**
– **Form 122C−1 Current Monthly Income**
– **Form 122C−2 Calculation of Disposable Income (if applicable)**
– **Local Form 1007 Payment Advice Cover Sheet (with attached pay stubs as appropriate)**

**Additional deadlines apply and may result in "automatic dismissal" of this case.** You should discuss this Order with your bankruptcy attorney. If you do not have an attorney, you may wish to consult one. The Court's website, www.wieb.uscourts.gov has information about the Bankruptcy Help Desk for those who do not have an attorney.

####