So Ordered.

Dated: October 26, 2021



*Rachel Blise*
Rachel M. Blise
United States Bankruptcy Judge

United States Bankruptcy Court
517 East Wisconsin Avenue, Room 126
Milwaukee, WI 53202-4581

| | |
|---|---|
| In re: ROBERT A. KUFAHL<br>GAIL E. KUFAHL | CHAPTER 13<br><br>Case No. 21-25388-RMB |
| Soc. Sec. No.  xxx-xx-6306<br>xxx-xx-9907 | |

**ORDER FOR CHAPTER 13 PAYMENT BY DEBTOR**

To ROBERT A. KUFAHL & GAIL E. KUFAHL the above named debtor(s):

IT IS ORDERED THAT:

   1. You shall pay the sum of **$1,212.00 Monthly through April 2022 then starting May 2022 $1,922.00 Monthly thereafter** to the Chapter 13 Trustee within 30 days after you file your case (NOT 30 days after you receive this notice).

   2. Payment shall be made by money order, cashiers check, certified check or equivalent, and not by personal check or cash, and should be made payable to the Chapter 13 Trustee.   INCLUDE YOUR **NAME** AND **CHAPTER 13 CASE NUMBER** WITH EACH REMITTANCE.   PLEASE MAKE PAYABLE AND MAIL TO:

**CHAPTER 13 TRUSTEE
P.O. BOX 730
MEMPHIS, TN 38101-0730**

or to pay electronically go to https://tfsbillpay.com

   3. This Order supersedes any previous Order for payment in this case.

**Debtor(s):**
ROBERT A. KUFAHL
GAIL E. KUFAHL
6810 MAPLE TERRACE
MILWAUKEE, WI   53213

**Debtor(s) Attorney:**
KINGSTAD LAW FIRM, LLC
4811 SOUTH 76TH STREET
SUITE 410
GREENFIELDWI 53220-


Chapter 13 Trustee
P.O. Box 510920
Milwaukee, WI 53203
Telephone (414) 271-3681
Fax (414) 271-9344

                                                 Trustee Issued Date:   October 26, 2021

#####