UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

_____

In the Matter of:                                                  Chapter 13
ROBERT A. KUFAHL                                            Case No.   21-25388-RMB
GAIL E. KUFAHL


                    Debtors.

_____

### NOTICE OF TELEPHONE HEARING ON TRUSTEE'S OBJECTION TO CONFIRMATION
_____


PLEASE TAKE NOTICE that Scott Lieske, Standing Chapter 13 Trustee has filed papers with the court objecting to the proposed Chapter 13 plan filed by the Debtors.

**Your rights may be affected.   You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.   (If you do not have an attorney, you may wish to consult one.)**

A telephone hearing will be held before the Honorable Rachel M. Blise, United States Bankruptcy Judge, on **November 30, 2021 at 1:00 p.m.**, to consider the Trustee's Objection to Confirmation. **To appear by telephone, you must call the Court conference line at 1-888-808-6929, access code 5457889 before the scheduled hearing time.**   Please note that the Court may already be in session, so please wait quietly on the telephone for your case to be called.




                              /s/_____
                              Scott Lieske, Trustee
                              Robert W. Stack, Staff Attorney
                              Christopher D. Schimke, Staff Attorney
                              Kyle R. Knutson, Staff Attorney
                              Chapter 13 Standing Trustee
                              P.O. Box 510920
                              Milwaukee, Wisconsin 53203
                              T: (414) 271-3943
                              F: (414) 271-9344

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

_____

In the Matter of:
ROBERT A. KUFAHL                                    Chapter 13
GAIL E. KUFAHL                                      Case No. 21-25388-RMB
             Debtors.

_____

### TRUSTEE'S OBJECTION TO CONFIRMATION OF DEBTORS' PROPOSED CHAPTER 13 PLAN
_____


The Trustee, Scott Lieske, hereby objects to the proposed Chapter 13 Plan in this bankruptcy proceeding for the following reason(s):

The Trustee is unable to recommend confirmation of the plan as there is a pending objection to confirmation filed by a creditor in this case.

The Debtors list two mortgages in section 3.1 of the plan for their rental property.   In addition, section 8.3 of the plan references the possible sale of the subject real estate.   Section 8.3 should be amended to also instruct whether the Trustee should disburse on any prepetition arrearage claim(s) while the Debtors seek to sell the property and to provide a reasonable deadline by which the Debtors will effectuate the sale of the property.



OFFICE OF CHAPTER 13 TRUSTEE

/s/_____
Scott Lieske, Chapter 13 Trustee
Robert W. Stack, Staff Attorney
Christopher D. Schimke, Staff Attorney
Kyle R. Knutson, Staff Attorney

**P.O. ADDRESS:**
P.O. Box 510920
Milwaukee, WI   53203
414-271-3943
414-271-9344 (Fax)
info@chapter13milwaukee.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In the Matter of:                                          Chapter 13
ROBERT A. KUFAHL &                                         Case No. 21-25388-RMB
GAIL E. KUFAHL,

                Debtors.

---

## CERTIFICATE OF SERVICE

---

      The undersigned does hereby certify that the **TRUSTEE'S OBJECTION TO CONFIRMATION OF DEBTORS' PROPOSED CHAPTER 13 PLAN and NOTICE OF TELEPHONE HEARING ON TRUSTEE'S OBJECTION TO CONFIRMATION** in this case were electronically filed with the Clerk of Court and served upon the following parties using the ECF system on the date of the electronic signature affixed hereto:

           OFFICE OF THE U.S. TRUSTEE
           KINGSTAD LAW FIRM, LLC

      I further certify that I have mailed by United States Postal Service the same documents to the following non-ECF participants:

           ROBERT A. KUFAHL & GAIL E. KUFAHL
           6810 MAPLE TERRACE
           MILWAUKEE, WI 53213

           /s/_____
           Tongula Washington
           Administrative Assistant
           Office of the Chapter 13 Trustee
           P.O. Box 510920
           Milwaukee, WI 53203
           T: (414) 271-3943
           F: (414) 271-9344