So Ordered.

Dated: December 9, 2021



_Rachel Blise_
Rachel M. Blise
United States Bankruptcy Judge

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF WISCONSIN
## MILWAUKEE DIVISION

| In re: | Chapter 13 |
|---|---|
| Robert A. Kufahl, <br> Gail E. Kufahl, | Case No. 21-25388-rmb |
|                Debtors | |

## ORDER SUSTAINING THE OBJECTION OF
## JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
## TO CONFIRMATION OF THE CHAPTER 13 PLAN REGARDING THE
## PROPERTY LOCATED AT 2567-69 NORTH 74TH STREET, WAUWATOSA, WI 53213

Pursuant to the hearing held on December 7, 2021, in Room 149 of the U.S. Courthouse, Milwaukee, Wisconsin, by and between The Honorable Rachel M Blise; Attorney David G. Kingstad, the Attorney for the Debtors; Kyle Knutson, Staff Attorney for the Chapter 13 Trustee; and Michael Acevedo, attorney for JPMorgan Chase Bank, National Association, its successors and/or assignees, and upon the filings herein,

1

IT IS ORDERED that the objection of JPMorgan Chase Bank, National Association to confirmation of Chapter 13 plan is SUSTAINED.

IT IS FURTHER ORDERED that on or before January 14, 2022, the Debtors shall file an amended plan to instruct whether the Chapter 13 Trustee should disburse on any prepetition arrearage claim(s) while the Debtors seek to sell the property referenced in Section 3.1 of the Plan and to provide a reasonable deadline by which the Debtors will effectuate the sale of the property.

#####