UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

_____

In the Matter of:                                                                      Chapter 13
ROBERT A. KUFAHL                                     Case No.   21-25388-RMB
GAIL E. KUFAHL

              Debtors.

_____

**NOTICE OF TELEPHONE HEARING ON TRUSTEE'S OBJECTION TO CONFIRMATION**
_____

PLEASE TAKE NOTICE that Scott Lieske, Standing Chapter 13 Trustee has filed papers with the court objecting to the proposed Chapter 13 plan filed by the Debtors.

**<u>Your rights may be affected.</u>** **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

A telephone hearing will be held before the Honorable Rachel M. Blise, United States Bankruptcy Judge, on **February 22, 2022 at 1:00 p.m.**, to consider the Trustee's Objection to Confirmation. **To appear by telephone, you must call the Court conference line at 1-888-808-6929, access code 5457889 before the scheduled hearing time.** Please note that the Court may already be in session, so please wait quietly on the telephone for your case to be called.

                                                              /s/_____
                                                              Scott Lieske, Chapter 13 Trustee
                                                              Christopher D. Schimke, Staff Attorney
                                                              Kyle R. Knutson, Staff Attorney
                                                              Judith L. Du Sell, Staff Attorney
                                                              Office of the Chapter 13 Trustee
                                                              P.O. Box 510920
                                                              Milwaukee, Wisconsin 53203
                                                             T: (414) 271-3943
                                                             F: (414) 271-9344

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN
_____

In the Matter of:
ROBERT A. KUFAHL                                Chapter 13
GAIL E. KUFAHL                                  Case No. 21-25388-RMB
      Debtors.
_____

**TRUSTEE'S OBJECTION TO CONFIRMATION OF DEBTORS' PROPOSED CHAPTER 13 PLAN**
_____

The Trustee, Scott Lieske, hereby objects to the proposed Chapter 13 Plan in this bankruptcy proceeding for the following reason(s):

The plan appears to propose a modification of the secured mortgage claim filed by US Bank National Association. The documentation attached to the proof of claim provides that this residential mortgage matures in February of 2031. Therefore, the loan is not eligible for the proposed treatment listed in section 3.2 of the plan pursuant to the provisions of 11 U.S.C. § 1322(b)(2).

                                            OFFICE OF CHAPTER 13 TRUSTEE

                                            /s/_____
                                            Scott Lieske, Chapter 13 Trustee
                                            Christopher D. Schimke, Staff Attorney
                                            Kyle R. Knutson, Staff Attorney
                                            Judith L. Du Sell, Staff Attorney

**P.O. ADDRESS:**
P.O. Box 510920
Milwaukee, WI  53203
414-271-3943
414-271-9344 (Fax)
info@chapter13milwaukee.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In the Matter of:                                                                Chapter 13
ROBERT A. KUFAHL &                                  Case No. 21-25388-RMB
GAIL E. KUFAHL,
                           Debtors.

## CERTIFICATE OF SERVICE

      The undersigned does hereby certify that the **TRUSTEE'S OBJECTION TO CONFIRMATION OF DEBTORS' PROPOSED CHAPTER 13 PLAN and NOTICE OF TELEPHONE HEARING ON TRUSTEE'S OBJECTION TO CONFIRMATION** in this case were electronically filed with the Clerk of Court and served upon the following parties using the ECF system on the date of the electronic signature affixed hereto:

                OFFICE OF THE U.S. TRUSTEE
                KINGSTAD LAW FIRM, LLC

      I further certify that I have mailed by United States Postal Service the same documents to the following non-ECF participants:

                ROBERT A. KUFAHL & GAIL E. KUFAHL
                6810 MAPLE TERRACE
                MILWAUKEE, WI 53213

                                              /s/_____
                                              Tongula Washington
                                              Administrative Assistant
                                              Office of the Chapter 13 Trustee
                                              P.O. Box 510920
                                              Milwaukee, WI 53203
                                              T: (414) 271-3943
                                              F: (414) 271-9344